U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED
JANUARY 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH 08 C 665

In the Matter of

TOM KNOX,
v.
ARAMARK UNIFORM & CAREER APPAREL,
LLC, a Delaware limited liability corporation,

Case Number:

**JUDGE MANNING**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ARAMARK UNIFORM & CAREER APPAREL, LLC, a Delaware limited liability corporation,

| | |
|---|---|
| NAME (Type or print) Kim Mathers Heffernan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Kim Mathers Heffernan | |
| FIRM Pretzel & Stouffer, Chartered | |
| STREET ADDRESS One South Wacker Drive, Suite 2500, Chicago, Illinois 60606 | |
| CITY/STATE/ZIP Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06209445 | TELEPHONE NUMBER 312-346-1973 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |