**FILED**
**JANUARY 30, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| TOM KNOX, | ) | **PH**   **08 C 665** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | |
| | ) | |
| ARAMARK UNIFORM & CAREER APPAREL, | ) | **JUDGE MANNING** |
| LLC, a Delaware limited liability corporation, | ) | **MAGISTRATE JUDGE DENLOW** |
| | ) | |
| Defendant. | ) | |

## ATTESTATION

Kim M. Heffernan, being first duly sworn on oath, deposes and states as follows:

1. She is one of the attorney for the defendant/petitioner, ARAMARK UNIFORM & CAREER APPAREL, LLC, a Delaware limited liability corporation,

2. She has prepared and read the Notice of Removal filed in this cause and has personal knowledge of the facts and matters contained in it; and

3. The facts and allegations contained in the Notice of Removal are true and correct to the best of her knowledge.

Respectfully submitted,

PRETZEL & STOUFFER, CHARTERED

BY: _Kim M Heffernan_
Kim M. Heffernan

Signed and sworn to before me this _30th_ day of _January_, 2008.

_____
Notary Public

"OFFICIAL SEAL"
Jennifer R. Slattery
Notary Public, State of Illinois
My Commission Expires Dec. 13, 2009