0241.063171(110/542)          EHN/KMH

### IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| TOM KNOX, | ) | |
|         Plaintiff, | ) | |
| v. | ) | No.    08 C 665 |
| ARAMARK UNIFORM & CAREER APPAREL, LLC, a Delaware limited liability corporation, | ) | |
|         Defendant. | ) | |

### MOTION FOR EXTENSION

Defendant, ARAMARK Uniform & Career Apparel LLC ("ARAMARK"), by its attorneys, Pretzel & Stouffer, Chtd, requests an extension of time to file its amended notice of removal pursuant to the Court order of February 6, 2008, in support of its motion states the following:

1.      ARAMARK is attempting to remove this matter pursuant to 28 U.S.C. § 1441 and § 1446.

2.      The Honorable Judge Blanche Manning, pursuant to the order of February 6, 2008, requested that the notice of removal be amended by February 20, 2008 to include certain additional information.

3.      ARAMARK Uniform & Career Apparel LLC is a Delaware limited liability corporation with its principal place of business in Burbank, California.

4.      Pursuant to the order, the Court requested the identities of the members of the LLC. The only member of ARAMARK Uniform & Career Apparel, LLC is ARAMARK Uniform & Career Apparel Group, Inc. ARAMARK Uniform & Career Apparel Group, Inc. is a Delaware

Corporation. Its principal place of business is in Pennsylvania.

5. The Court also requested additional information pertaining to the Plaintiff's state of residence and the amount in controversy.

6. On or about January 30, 2008, Kim Mathers Heffernan, one of the attorneys for ARAMARK, in a telephone conversation with Plaintiff's counsel, requested Plaintiff's attorney to stipulate that the amount in controversy did not exceed $75,000. Plaintiff's counsel stated that he could not stipulate to such because his client suffered a knee injury requiring surgery.

7. On February 7, 2008, a written stipulation was sent to Plaintiff requesting Plaintiff's counsel to stipulate by February 19, 2008, that the amount in controversy exceeded $75,000 and that the Plaintiff is a resident of Illinois. (See the written stipulation and corresponding letter attached hereto as Group Exhibit A.)

8. A follow up correspondence pertaining to the stipulation was sent to Plaintiff's counsel on February 18, 2008. (See the email correspondence sent to Plaintiff's counsel attached hereto as Exhibit B.) To date, Plaintiff's counsel has not signed the stipulation.

9. On February 7, 2008, this Defendant issued a request to admit requesting the Plaintiff to admit that the amount in controversy is in excess of $75,000 and that the Plaintiff is a resident of Illinois. To date plaintiff has not responded, and the request to admit is not yet due to be answered. (See the request to admit attached hereto as Group Exhibit A.)

10. A Westlaw search was performed on the Plaintiff indicating that the Plaintiff is a resident of Illinois. (See the Westlaw search attached hereto as Exhibit C.)

**WHEREFORE,** ARAMARK Uniform & Career Apparel LLC, prays that this Court allow it until March 13, 2008 to supplement and amend its notice of removal.

Dated: February 19, 2008

                              Respectfully submitted,
                              ARAMARK Uniform & Career Apparel LLC

By:  <u>s/Kim H. Heffernan</u>
       One of the attorneys for the Defendant

Edward H. Nielsen (No.0252296)
Enielsen@pretzel-stouffer.com
Kim Mathers Heffernan (No.6209445)
Kheffernan@pretzel-stouffer.com
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tele: (312) 346-1973
Fax: (312) 346-8242

Knox vs ARAMARK
Case No.: 08 CV 665

# Exhibit A
# Written Stipulation and Corresponding Letter

Edward H. Nielsen (No.0252296)
Enielsen@pretzel-stouffer.com
Kim Mathers Heffernan (No.6209445)
Kheffernan@pretzel-stouffer.com
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tele: (312) 346-1973
Fax: (312) 346-8242

Neil K. Quinn
Edward H. Nielsen
Robert Marc Chemers
Lewis M. Schneider
Timothy A. Weaver
Richard M. Waris
Brian T. Henry
Edward B. Ruff III
John J. Walsh III
John V. Smith II
Alan J. Schumacher
Charles F. Redden
Stephen C. Veltman
Matthew J. Egan
Daniel B. Mills
Brian C. Rocca
Donald J. O'Meara, Jr.
David M. Bennett
Miguel A. Ruiz
Michael A. Clarke
James A. LaBarge
Patrick F. Healy
Scott L. Howie
Steven W. Ryan
D. Scott Rendleman
Suzanne M. Crowley
James J. Sipchen
Brian C. Sundheim
Christine J. Iversen
David S. Osborne
Howard J. Pikel
Amy J. Thompson
Belle L. Katubig
Brendan J. Nelligan
Michael P. Turiello
Alan S. Zelkowitz
William W. Elinski
Marcie L. Hefler
Rick Kenyon
Thomas A. Lang II

Richard J. Siebert
Matthew J. Ligda
Rena A. Ballard
Darryl L. Awick
Kim Mathers Heffernan
Priya K. Jesani
Scott L. Anderson
Edward J. Aucoin, Jr.
Kathryn A. Smetana
Robert E. Sidkey
Christopher C. Cassidy
Caitlin M. O'Connor
Cynthia H. Alkhouja
John J. Beribak
Lisa M. Moore
Thomas J. Olson
John C. Pirra
Matthew F. Tibble
Mary H. Cronin
Maura C. Furey
James M. McAskin
Heather E. Plunkett
Donald Patrick Eckler
Sara J. Boyd
Crystal Y. Lee
Sarah E. Dale
Paul A. Ruscheinski
Amit R. Trivedi
Jesse P. Hyde
Natalia M. Delgado
Thomas E. Daugherty

*of Counsel*
Ralph E. Stouffer, Jr.
Paula M. Besler

LAW OFFICES

# PRETZEL & STOUFFER Chartered

ONE SOUTH WACKER DRIVE • SUITE 2500 • CHICAGO, ILLINOIS 60606-4673 • 312-346-1973

FAX NUMBER 312-346-8242

www.pretzel-stouffer.com

February 7, 2008

AUTHOR'S DIRECT DIAL
(312) 578-7431
Kheffernan@pretzel-stouffer.com

PLEASE REFER TO OUR FILE NUMBER
0241.060589(110/542)

***Via Facsimile & U.S. Mail***
Mr. Mario Palermo
Casey Woodruff & Associates
75 Executive Drive, Suite 105
Aurora, IL 60504

RE:   *Knox v. ARAMARK*

Dear Mr. Palermo:

In follow up to the telephone message I left for you yesterday, enclosed please find a stipulation for your signature regarding the amount in controversy and the residency of the plaintiff. I have also enclosed a request to admit regarding the same issues. Please sign and return the stipulation to me via facsimile or email by February 13, 2008.

I appreciate your prompt attention to this matter. If you have any questions, please feel free to contact me.

Very truly yours,

PRETZEL & STOUFFER, CHARTERED

By: *Kim Mathers Heffernan*

Kim Mathers Heffernan

KMH/as

Enclosures

## PROOF OF SERVICE

The undersigned, being duly sworn upon oath, state that all parties of record have been provided a copy of Defendant's Request to Admit and Stipulation by the Plaintiff by facsimile and by depositing same in the U.S. Mail at One South Wacker, Chicago, Illinois, 60606, before 5:00 p.m., on or before the 7th day of February, 2008.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she/he verily believes the same to be true.

241.063171                                          KMH

## IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| TOM KNOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 665 |
| ) | |
| ARAMARK UNIFORM & CAREER APPAREL, ) | |
| LLC, a Delaware limited liability corporation, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION BY THE PLAINTIFF

It is hereby stipulated and agreed by the Plaintiff acting through his respective attorneys, that:

1. Tom Knox is a resident of the state of Illinois.

2. Plaintiff contends the amount in controversy exceeds $75,000 exclusive of interests and costs.

DATED THIS _____ day of February, 2008.

                                        Casey Woodruff & Associates,


                                        _____
                                                Mario Palermo

Edward Nielsen
Kim Mathers Heffernan
*Pretzel & Stouffer, Chartered*
Attorneys for the Defendant
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
312-346-1973

```
*********************
*** FAX TX REPORT ***
*********************

              TRANSMISSION OK

    JOB NO.                 0467
    DESTINATION ADDRESS     916305852327
    PSWD/SUBADDRESS
    DESTINATION ID
    ST. TIME                02/07 15:57
    USAGE T                 00'38
    PGS.                    5
    RESULT                  OK
```

LAW OFFICES

## *PRETZEL & STOUFFER* Chartered

ONE SOUTH WACKER DRIVE · SUITE 2500 · CHICAGO, ILLINOIS 60606-4673· 312/346-1973

*Our Main Fax Number: 312/346-8242*

| FAX TRANSMITTAL COVER SHEET ||
|---|---|
| DATE: February 7, 2008 | NUMBER OF PAGES  4<br>(including this cover sheet): |
| TO:<br><br>Mr. Mario Palermo<br>Casey Woodruff & Associates<br>75 Executive Drive, Suite 105<br>Aurora, IL 60504 ||
| FROM: Kim Mathers Heffernan | TELEPHONE EXTENSION:<br>312.578.7431 |
| TRANSMITTAL NUMBER:   630.585.2327 | OUR FILE NUMBER:<br>241-063171 110/542 |
| MESSAGE:<br><br>Re: Knox v. ARAMARK<br><br>Attached please find Defendant's Request to Admit and Stipulations by the Plaintiff for your review. ||
| IF YOU HAVE ANY DIFFICULTY RECEIVING TRANSMISSION, PLEASE CONTACT: ||

Knox vs ARAMARK
Case No.: 08 CV 665

# Exhibit B
# Email Correspondence to Plaintiff's Counsel

Edward H. Nielsen (No.0252296)
Enielsen@pretzel-stouffer.com
Kim Mathers Heffernan (No.6209445)
Kheffernan@pretzel-stouffer.com
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tele: (312) 346-1973
Fax: (312) 346-8242

### Heffernan, Kim Mathers

**From:** Heffernan, Kim Mathers
**Sent:** Monday, February 18, 2008 12:43 PM
**To:** 'mpalermo@woodrufflawyers.com'
**Subject:** Knox

Mario-

Are you going to get me the stipulation today or tomorrow at the latest? You can fax or email it. I would prefer not to have to do a motion for extension of time.

Thanks,

Kim Mathers Heffernan
Pretzel & Stouffer, Chtd.
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
312-578-7431

Knox vs ARAMARK
Case No.: 08 CV 665

# Exhibit C
# Westlaw Search

Edward H. Nielsen (No.0252296)
Enielsen@pretzel-stouffer.com
Kim Mathers Heffernan (No.6209445)
Kheffernan@pretzel-stouffer.com
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tele: (312) 346-1973
Fax: (312) 346-8242

[ Print this Listing ]

2/7/2008            **Illinois Division of Professional Regulation**            2:19:20 PM

## You requested license number: 129-000796

| Licensee's Name | DBA / AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| THOMAS J KNOX | | 129000796 | ACTIVE | EVERGREEN PARK, IL | 06/06/1987 | 05/31/2009 | N |

**Page 1**

Westlaw.

```
PEOPLE FINDER - HISTORIC TRACKER RECORD
```

| | |
|---|---|
| **Information Current Through:** | 12-31-2007 |
| **Database Last Updated:** | 01-11-2008 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 02/07/2008 |
| **Source:** | TRANS UNION |

**INDIVIDUAL INFORMATION**

| | |
|---|---|
| **Name:** | KNOX, THOMAS J |
| **Also Known As:** | KNOX, THOMAS J |
| | KNOX, THOMAS |
| | KNOX, THOS |
| **SSN:** | 355-40-XXXX |
| **Date of Birth:** | 06/1947 |
| **On File Since:** | 01/01/1974 |
| **Phone Number 1:** | 857-8334 |
| **Phone Number 2:** | 708-857-8334 |

**CURRENT ADDRESS INFORMATION**

| | |
|---|---|
| **Current Address:** | 9424 S HARDING AV |
| | EVERGREEN PARK, IL 60805-1919 |
| **Address Last Reported:** | 06/01/1993 |

**PREVIOUS OR ADDITIONAL ADDRESS INFORMATION**

| | |
|---|---|
| **Previous Address:** | 10430 RIDGELAND AV |
| | CHICAGO RIDGE, IL 60415-1573 |
| **Address Last Reported:** | 04/01/1974 |

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

| | | | |
|---|---|---|---|
| KNOX, THOMAS T | 352-40-XXXX | | 06/XX/1947 |

**Possible Other Records and Names Associated with Social Security Numbers** (1 Record)

| Name | SSN | Date Of Birth |
|---|---|---|
| MASSEY, TIMOTHY J | 352-40-XXXX | 03/XX/1948 |

**Possible Driver Licenses** (1 Record)

### 9424 S HARDING AVE EVERGREEN PARK, IL 60805

| | | | |
|---|---|---|---|
| Name: | KNOX, THOMAS J | DOB: | 06/XX/1947 |
| DL#: | K52083047XXX | Issue State: | IL |
| Issue Date: | | Expire Date: | |
| Height: | | Weight: | |
| Eye Color: | | Hair Color: | |
| Previous DL State: | | Previous DL #: | |
| SSN: | 355-40-XXXX | | |

**Possible Addresses Associated with Subject** (9 Records)

Show Names at Each Address

| Date Range | Address/Phone | Source | Source Reported Dates |
|---|---|---|---|
| 21/1971 - 02/2008 | *9424 S HARDING AVE EVERGREEN PARK, IL 60805 (708) 857-8334 | Consumer Bureau 2<br>Composite Info<br>Consumer Bureau 3<br>Consumer Bureau 1 | 21/1971 - 05/2007<br>06/1998 - 01/2001<br>08/1993 - 06/1996<br>06/1993 - 06/1993 |
| 07/2005 - 07/2005 | 16666 E 525OS RD HOPKINS PARK, IL 60944 | Consumer Bureau 3 | 07/2005 - 07/2005 |
| 11/1990 - 06/2003 | 14001 S LYDIA AVE ROBBINS, IL 60472 | Consumer Bureau 2<br>Composite Info<br>Consumer Bureau 3<br>Consumer Bureau 1 | 01/1997 - 06/2003<br>01/2001 - 06/2001<br>11/1990 - 11/1990 |
| 01/2002 - 01/2002 | 6040 LAKE BLUFF DR TINLEY PARK, IL 60477 | Consumer Bureau 2 | 01/2002 - 01/2002 |
| 07/2000 - 08/2001 | PO BOX 1519 ROBBINS, IL 60472 | Consumer Bureau 3<br>Consumer Bureau 2 | 08/2001 - 08/2001<br>07/2000 - 12/2000 |
| 08/2000 - 08/2000 | 1400 LYDIA AV EVERGREEN PARK, IL 60805 (773) 389-5117<br>*** 708 | Consumer Bureau 1 | 08/2000 - 08/2000 |
| 11/1999 - 02/2000 | PO BOX 164 HOPKINS PARK, IL 60944 | Consumer Bureau 1 | 11/1999 - 02/2000 |
| 07/1982 - 07/1982 | 253 LEONARD ST CHICAGO HEIGHTS, IL 60411 | Consumer Bureau 1 | 07/1982 - 07/1982 |
| 04/1974 - 04/1974 | 10430 RIDGELAND AVE CHICAGO RIDGE, IL 60415 | Consumer Bureau 1 | 04/1974 - 04/1974 |

\*   Address verified by current phone listing.
\*\*\*Other Possible Area Code(s)

**Phone Listings for Subject's Addresses** (20 Records)

### 9424 S HARDING AVE EVERGREEN PARK, IL 60805

| | | | |
|---|---|---|---|
| Name: | KNOX THOMAS J | Phone: | (708) 857-8334 |
| Name: | KNOX PATRICIA L | Phone: | (708) 857-8334 |
| Name: | KNOX DAN T | Phone: | (708) 857-8334 |
| Name: | KNOX CHRISTOPHE V | Phone: | (708) 857-8334 |