0241.06317 (110/542)                                        EHN/KMH

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TOM KNOX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  08 C 665 |
| | ) |
| ARAMARK UNIFORM & CAREER APPAREL, | ) |
| LLC, a Delaware limited liability corporation, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

TO:   Mario Palermo, mpalermo@woodrufflawyers.com, Casey Woodruff & Associates, 75 Executive Drive, Suite 105, Aurora, IL 60504

On <u>Thursday, February 28, 2008</u>, at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear in Room 2132 before the Honorable Judge Blanche M. Manning, or any judge sitting in his/her stead, in the courtroom usually occupied by him/her in the Dirksen Federal Building, Chicago, Illinois and shall then and there present the Defendant's ARAMARK Uniform & Career Apparel, LLC's Motion for Extension of Time.
.

                                              PRETZEL & STOUFFER, CHARTERED


                                              By:  s/ Kim Mathers Heffernan
                                                   One of the Attorneys for the Defendant


Edward H. Nielsen (No.0252296)
Enielsen@pretzel-stouffer.com
Kim Mathers Heffernan (No.6209445)
Kheffernan@pretzel-stouffer.com
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tele: (312) 346-1973
Fax: (312) 346-8242

# Certificate of Service

The undersigned hereby certifies that the Defendant's Notice of Motion and Motion for Extension of Time, were sent to all parties by operation of the Court's electronic filing system and/or mail (as indicated below) on the 20th day of February, 2008. Parties may access this filing through the Court's electronic system.

Mario Palermo
mpalermo@woodrufflawyers.com
Casey Woodruff & Associates
75 Executive Drive, Suite 105
Aurora, IL 60504
Telephone:    (630) 585-2320
Facsimile:    (630) 585-2327

    S/Kim M. Heffernan
Edward H. Nielsen/Bar No.: 0252296
enielsen@pretzel-stouffer.com
Kim M. Heffernan/Bar No.:  6209445
kheffernan@pretzel-stouffer.com
PRETZEL & STOUFFER, CHARTERED
*Attorneys for Defendant*
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606-4673
Telephone:    (312)346-1973
Facsimile:    (312) 346-8242