0241.06317 (110/542)                          EHN/KMH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TOM KNOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    08 C 665 |
| | ) | |
| ARAMARK UNIFORM & CAREER APPAREL, | ) | |
| LLC,   a Delaware limited liability corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### AMENDED NOTICE OF MOTION

TO:    Mario Palermo, mpalermo@woodrufflawyers.com, Casey Woodruff & Associates, 75
Executive Drive, Suite 105, Aurora, IL 60504

On Thursday, March 6, 2008, at 11:00 a.m., or as soon thereafter as counsel may be
heard, we shall appear in Room 2132 before the Honorable Judge Blanche M. Manning , or any
judge sitting in his/her stead, in the courtroom usually occupied by him/her in the Dirksen
Federal Building, Chicago, Illinois and shall then and there present the Defendant's ARAMARK
Uniform & Career Apparel, LLC's Motion for Extension of Time.

.

PRETZEL & STOUFFER, CHARTERED


By:   s/ Kim Mathers Heffernan
        One of the Attorneys for the Defendant




Edward H. Nielsen (No.0252296)
Enielsen@pretzel-stouffer.com
Kim Mathers Heffernan (No.6209445)
Kheffernan@pretzel-stouffer.com
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tele: (312) 346-1973
Fax: (312) 346-8242

# **Certificate of Service**

The undersigned hereby certifies that an Amended Notice of Motion and Defendant,

ARAMARK UNIFORM & CAREER APPAREL, LLC's, Motion for Extension of Time will be

sent to all parties by operation of the Court's electronic filing system and/or mail (as indicated

below), this 27th day of February, 2008.  Parties may access this filing through the Court's

electronic system.

Mario Palermo
mpalermo@woodrufflawyers.com
Casey Woodruff & Associates
75 Executive Drive, Suite 105
Aurora, IL 60504
Telephone:     (630) 585-2320
Facsimile:      (630) 585-2327

                                                 S/Kim M. Heffernan
                                                Edward H. Nielsen/Bar No.: 0252296
                                                enielsen@pretzel-stouffer.com
                                                Kim M. Heffernan/Bar No.:  6209445
                                                khefferman@pretzel-stouffer.com
                                                PRETZEL & STOUFFER, CHARTERED
                                                *Attorneys for Defendant*
                                                One South Wacker Drive, Suite 2500
                                                Chicago, Illinois  60606-4673
                                                Telephone:     (312)346-1973
                                                Facsimile:      (312) 346-8242