0241.063171(110/542)                              EHN/KMH

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| TOM KNOX, | ) | |
| | ) | |
| Plaintiff, | ) | The Honorable Judge Manning |
| | ) | |
| v. | ) | No.   08 C 665 |
| | ) | |
| ARAMARK UNIFORM & CAREER APPAREL, | ) | |
| LLC, a Delaware limited liability corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR EXTENSION

Defendant, ARAMARK Uniform & Career Apparel LLC ("ARAMARK"), by its attorneys, Pretzel & Stouffer, Chtd, requests an extension of time to file its amended notice of removal pursuant to the Court order of February 6, 2008, in support of its motion states the following:

1.     ARAMARK is attempting to remove this matter pursuant to 28 U.S.C. § 1441 and § 1446.

2.     The Honorable Judge Blanche Manning, pursuant to the order of February 6, 2008, requested that the notice of removal be amended by February 20, 2008 to include certain additional information.

3.     ARAMARK Uniform & Career Apparel LLC is a Delaware limited liability corporation with its principal place of business in Burbank, California.

4.     Pursuant to the order, the Court requested the identities of the members of the LLC. The only member of ARAMARK Uniform & Career Apparel, LLC is ARAMARK Uniform & Career Apparel Group, Inc. ARAMARK Uniform & Career Apparel Group, Inc. is a Delaware

Corporation. Its principal place of business is in Pennsylvania.

5. The Court also requested additional information pertaining to the Plaintiff's state of residence and the amount in controversy.

6. On or about January 30, 2008, Kim Mathers Heffernan, one of the attorneys for ARAMARK, in a telephone conversation with Plaintiff's counsel, requested Plaintiff's attorney to stipulate that the amount in controversy did not exceed $75,000. Plaintiff's counsel stated that he could not stipulate to such because his client suffered a knee injury requiring surgery.

7. On February 7, 2008, a written stipulation was sent to Plaintiff requesting Plaintiff's counsel to stipulate by February 19, 2008, that the amount in controversy exceeded $75,000 and that the Plaintiff is a resident of Illinois.   (See the written stipulation and corresponding letter attached hereto as Group Exhibit A.)

8. A follow up correspondence pertaining to the stipulation was sent to Plaintiff's counsel on February 18, 2008. (See the email correspondence sent to Plaintiff's counsel attached hereto as Exhibit B.) To date, Plaintiff's counsel has not signed the stipulation.

9. On February 7, 2008, this Defendant issued a request to admit requesting the Plaintiff to admit that the amount in controversy is in excess of $75,000 and that the Plaintiff is a resident of Illinois. To date plaintiff has not responded, and the request to admit is not yet due to be answered. (See the request to admit attached hereto as Group Exhibit A.)

10. A Westlaw search was performed on the Plaintiff indicating that the Plaintiff is a resident of Illinois. (See the Westlaw search attached hereto as Exhibit C.)

**WHEREFORE,** ARAMARK Uniform & Career Apparel LLC, prays that this Court allow it until March 13, 2008 to supplement and amend its notice of removal.

Dated: February 27, 2008

                                          Respectfully submitted,
                                          ARAMARK Uniform & Career Apparel LLC

                     By:   **s/Kim H. Heffernan**
                                          One of the attorneys for the Defendant

Edward H. Nielsen (No.0252296)
Enielsen@pretzel-stouffer.com
Kim Mathers Heffernan (No.6209445)
Kheffernan@pretzel-stouffer.com
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tele: (312) 346-1973
Fax: (312) 346-8242