## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Tom Knox

                                      Plaintiff,

v.                                                   Case No.: 1:08−cv−00665

                                                  Honorable Blanche M. Manning

ARAMARK Uniform & Career Apparel, LLC

                                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, February 28, 2008:

      MINUTE entry before Judge Blanche M. Manning :Defendant's motion for extension of time to 3/13/2008 to supplement and amend its notice of removal [12] is granted. Mailed notice(jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.