0241.063171(110/542)                                EHN/KMH

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| TOM KNOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 665 |
| ) | |
| ARAMARK UNIFORM & CAREER APPAREL, ) | |
| LLC, a Delaware limited liability corporation, ) | |
| ) | |
| Defendant. ) | |

## AMENDED NOTICE OF REMOVAL

Defendant, ARAMARK Uniform & Career Apparel LLC ("ARAMARK"), by its attorneys, Pretzel & Stouffer, Chtd, hereby gives notice pursuant to 28 U.S.C.§ 1441 of its intention to remove this civil action from the Circuit Court of Cook County, Illinois, County Department, Law Division, to this Court. ARAMARK states as follows in amendment to its original Notice:

1. On September 24, 2007, plaintiff filed a civil action in the Circuit Court of Cook County, Illinois, County Department, Law Division, Case No. 2007-L-010012, entitled "*Tom Knox v. Hospital Laundry Services, (HLS), The Chicagoland Healthcare Service Company, ARAMARK SERVICES, INC., a Delaware corporation, ARAMARK CLEANROOM SERVICES, a limited liability corporation, and ARAMARK FACILITY SERVICES, LLC, a limited liability corporation*". Plaintiff subsequently dismissed all defendants named in his original complaint and filed an Amended Complaint at Law on January 2, 2008 in which plaintiff named ARAMARK Uniform & Career Apparel, LLC, a Delaware limited liability corporation, as the only defendant. Copies of the original

Complaint and Summons to ARAMARK Cleanroom Services, LLC were attached to the original Notice of Removal as Exhibit 1. The Amended Complaint was attached to the original Notice of Removal as Exhibit 2. The Circuit Court docket was attached to the original Notice of Removal as Exhibit 3.

2. ARAMARK removes this matter pursuant to 28 U.S.C. § 1441 and § 1446. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 on the basis that there is complete diversity of citizenship between the parties, and the amount in controversy is in excess of $75,000.

## CITIZENSHIP OF THE PARTIES

3. ARAMARK Uniform & Career Apparel LLC is a Delaware limited liability corporation with its principal place of business in Burbank, California.

4. The only member of ARAMARK Uniform & Career Apparel, LLC is ARAMARK Uniform & Career Apparel Group, Inc. ARAMARK Uniform & Career Apparel Group, Inc. is a Delaware Corporation. Its principal place of business is in Pennsylvania.

5. Plaintiff is resident of the state of Illinois. See the attached response to request to admit attached hereto and incorporated herein as Exhibit 4.

6. Complete diversity of citizenship exists between the parties, pursuant to 28 U.S.C. § 1332.

## AMOUNT IN CONTROVERSY

7. Plaintiff admitted in response to defendant's request to admit that he contends the amount in controversy exceeds $75,000, exclusive of interest and costs. See the attached response to request to admit attached hereto and incorporated herein as Exhibit 4.

**PROCEDURAL REQUIREMENTS**

8. The Amended Notice of Removal is timely because it was filed within one year of the filing of the underlying state court action (September 24, 2007), and the original notice of removal was filed within thirty days of the filing of the Amended Complaint naming the proper ARAMARK corporate entity, and dismissing co-defendants Hospital Laundry Services and The ChicagoLand Healthcare Service Company, which is the first time that ARAMARK ascertained that the case became removable pursuant to 28 U.S.C. §1446(b).

9. On February 28, 2008, the Honorable Judge Manning allowed this defendant until March 13, 2008 to file an amended notice of removal.

10. A true and correct copy of the original Notice of Removal was filed with the Circuit Court of Cook County, Illinois, County Department, Law Division, as is required by law.

*WHEREFORE,* ARAMARK Uniform & Career Apparel LLC, prays that this action be removed from the Circuit Court of Cook County, Illinois, County Department, Law Division to the United States District Court for the Northern District of Illinois, Eastern Division, and proceed forthwith.

Dated: March 7, 2008　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　ARAMARK Uniform & Career Apparel LLC


　　　　　　　　　　　　　　　　　　　By:　**s/Kim Mathers Heffernan**
　　　　　　　　　　　　　　　　　　　　　　One of the attorneys for the Defendant

Edward H. Nielsen (No.0252296)
Enielsen@pretzel-stouffer.com
Kim Mathers Heffernan (No.6209445)
Kheffernan@pretzel-stouffer.com
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tele: (312) 346-1973
Fax: (312) 346-8242

# EXHIBIT 4

# TO

# AMENDED NOTICE OF REMOVAL

IN THE UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| TOM KNOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 665 |
| ) | |
| ARAMARK UNIFORM & CAREER ) | |
| APPAREL, LLC, a Delaware limited ) | |
| liability corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

To: Kim Mathers Heffernan
Pretzel & Stouffer Chartered
One South Wacker Drive, Suite 2500
Chicago, IL 60606

    PLEASE TAKE NOTICE that on the __26th__ day of __February__, 2008, we shall cause to be filed with the United States District Court Northern District of Illinois Eastern Division, Plaintiff's Response to Request to Admit, a copy of said pleading is attached hereto and is hereby served upon you.

CASEY WOODRUFF & ASSOCIATES

By: _____
Mario C. Palermo

**CERTIFICATE OF SERVICE**
    The undersigned certifies, under penalties provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, that the foregoing pleading was served upon defense counsel listed above by depositing same in the U.S. Mail at 75 Executive Drive, Aurora, Illinois, proper postage prepaid, on this the __25th__ day of __February__, 2008.

_____

Mario C. Palermo
CASEY WOODRUFF & ASSOCIATES
75 Executive Drive, Suite 105
Aurora, IL 60504
(630) 585-2320
Atty. No.: 6237828

## IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| TOM KNOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.  08 C 665 |
| ) | |
| ARAMARK UNIFORM & CAREER ) | |
| APPAREL, LLC, a Delaware limited ) | |
| liability corporation, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S RESPONSE TO REQUEST TO ADMIT

Now comes the Plaintiff, TOM KNOX, by and through his attorneys, CASEY WOODRUFF & ASSOCIATES, and in Response to Defendant's Request to Admit, states as follows:

1.  Admit that Tom Knox is a resident of the state of Illinois.

    RESPONSE:  Admit.

2.  Admit that you contend that the amount in controversy exceeds $75,000 exclusive of interests and costs.

    RESPONSE:  Admit.

## **CERTIFICATION**

I, Tom Knox, certify that the statements set forth in the foregoing response to request to admit are true and correct, except as to matters therein stated to be on information and belief and as to such matters, I certify as aforesaid that I verily believe same to be true.

_____
Tom Knox

2-14-08

Mario C. Palermo
CASEY WOODRUFF & ASSOCIATES
75 Executive Drive, Suite 105
Aurora, IL 60504
(630) 585-2320
(630) 585-2327 fax
Atty. No. 40985

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that an Amended Notice of Removal on behalf of the Defendant, ARAMARK Uniform & Career Apparel LLC, was filed this 7th day of March, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and/or mail (as indicated below). Parties may access this filing through the Court's electronic system.

Mr. Mario Carlo Palermo
Casey Woodruff & Associates
Counsel for Plaintiff
75 Executive Drive
Suite 105
Aurora, IL 60504
(630) 585-2320-phone
mpalermo@woodrufflawyers.com

/s/ Kim Mathers Heffernan
Kim Mathers Heffernan/IL Bar No. 06209445
PRETZEL & STOUFFER, CHARTERED
One S. Wacker Drive, Suite 2500
Chicago, IL 60606
(312) 578-7431 (phone)
(312) 346-8242 (fax)
kheffernan@pretzel-stouffer.com
Attorneys for Aramark