0241.06317 (110/542)                                      EHN/KMH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOM KNOX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.   08 C 665 |
| | )   Judge Manning |
| ARAMARK UNIFORM & CAREER APPAREL, | ) |
| LLC, a Delaware limited liability corporation, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:   Mario Palermo, mpalermo@woodrufflawyers.com, Casey Woodruff & Associates, 75 Executive Drive, Suite 105, Aurora, IL 60504

On Tuesday, April 8, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear in Room 2132 before the Honorable Judge Blanche M. Manning, or any judge sitting in his/her stead, in the courtroom usually occupied by him/her in the Dirksen Federal Building, Chicago, Illinois and shall then and there present the Defendant's ARAMARK Uniform & Career Apparel, LLC's Amended Notice of Removal.
.

                                        PRETZEL & STOUFFER, CHARTERED


                                        By:   s/ Kim Mathers Heffernan
                                              One of the Attorneys for the Defendant




Edward H. Nielsen (No.0252296)
Enielsen@pretzel-stouffer.com
Kim Mathers Heffernan (No.6209445)
Kheffernan@pretzel-stouffer.com
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tele: (312) 346-1973
Fax: (312) 346-8242

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that an Notice of Motion on behalf of the Defendant, ARAMARK Uniform & Career Apparel LLC, was filed this 27th day of March, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and/or mail (as indicated below). Parties may access this filing through the Court's electronic system.

Mr. Mario Carlo Palermo
Casey Woodruff & Associates
Counsel for Plaintiff
75 Executive Drive
Suite 105
Aurora, IL 60504
(630) 585-2320-phone
mpalermo@woodrufflawyers.com

/s/  Kim Mathers Heffernan
Kim Mathers Heffernan/IL Bar No. 06209445
PRETZEL & STOUFFER, CHARTERED
One S. Wacker Drive, Suite 2500
Chicago, IL 60606
(312) 578-7431 (phone)
(312) 346-8242 (fax)
kheffernan@pretzel-stouffer.com
Attorneys for Aramark