Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 665 | **DATE** | 8/12/2008 |
| **CASE TITLE** | Tom Knox vs. ARAMARK Uniforms & Career Apparel, LLC | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/12/2008. The parties report that this case is settled. This case is hereby dismissed with prejudice. Enter Stipulation to Dismiss. Terminating case.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | | Courtroom Deputy Initials: | SB |
|---|---|---|---|