IN THE UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| TOM KNOX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 08 C 665 |
| | ) |
| ARAMARK UNIFORM & CAREER APPAREL, LLC, a Delaware limited liability corporation, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION TO DISMISS

The parties hereto, by their respective attorneys, stipulate and agree that the above-entitled cause has been settled and may, therefore, be dismissed with prejudice.

_____
Mario C. Palermo
Attorney for Plaintiff

~~Kim Moshera Hoffernan~~
~~Attorney for Defendant~~ John Beribak

ENTER:

Blanche M. Manning

AUG 1 2 2008

Mario C. Palermo
WOODRUFF & JOHNSON
75 Executive Drive, Suite 105
Aurora, IL 60504
(630) 585-2320
Fax (630) 585-2327